STATE OF CONNECTICUT *v.* TORRANCE BATTLE
(11857)

DUPONT, C. J., SCHALLER and SPEAR, JS.

Argued March 30—decision released April 19, 1994

*Richard Cramer,* with whom, on the brief, was *Brian M. O'Connell,* for the appellant (defendant).

*Margaret Gaffney Radionovas,* assistant state's attorney, with whom, on the brief, were *John A. Connelly,* state's attorney, and *Corinne L. Klatt,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.